FILED

01/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0304

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0304

_____

DONNES, INC., a Montana Corporation,

     Plaintiff and Appellant,

v.

FOUR BEERS, INC., a Montana Corporation,
d/b/a STILLWATER EXCAVATING,

     Defendant and Appellee.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 5 2022